In the Matter of the Accounting of ROBBINS B. SMITH et al., as Trustees under the Will of EDWARD B. FELLOWS, Deceased, Respondents.

WILLIAM T. MORSE, as Executor of THEODORE W. FELLOWS, Deceased, Appellant; ST. LUKE'S CHURCH OF DERRY, NEW HAMPSHIRE, et al., Respondents.

*Will — trust — failure to designate remaindermen — trust fund, upon death of cestui que trust passes under residuary clause of will of testator.*

*Matter of Fellows*, 206 App. Div. 158, affirmed.

(Argued December 5, 1923; decided December 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1923, which affirmed a decree of the New York County Surrogate's Court, construing the will of Edward B. Fellows, deceased, which provided: " *Five,* I give and bequeath to my son Theodore Ward Fellows, residing at Salem, New Hampshire, twenty-five thousand dollars, Five thousand thereof to be paid to him the first day of July, A. D. 1900, unless my son above named, George Peters Fellows, should die before the first day of July A. D. 1900, in which event I direct the said sum of Five thousand dollars to be paid to the said Theodore Ward Fellows, as soon thereafter as practicable. The remainder of said sum to wit Twenty thousand dollars to be held in trust for the said Theodore Ward Fellows during his lifetime and to be invested in safe interest bearing securities and the income thereof to be paid semi-annually to the said Theodore Ward Fellows during his lifetime." Theodore Ward Fellows died June 8, 1922. The question was whether the trust fund passed under his will or was disposed of by the residuary clause of the will of his father as held by the surrogate.

*Henry Gansevoort Sanford* for appellant.

*Charles F. Brown* and *William F. Cassedy* for trustees, respondents.

*William O. Gantz* for St. Luke's Church, respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

Niehoff-Schultze Grocer Company, Appellant, *v.* Alexander J. Gross et al., Copartners Doing Business as Ignatius Gross Company, Respondents.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 237 N. Y. 509.)

---

Robert Weigel et al., Respondents, *v.* Leslie Cook et al., Appellants.

(Submitted January 7, 1924; decided January 15, 1924.  See 237 N. Y. 136.)

Motion for re-argument denied, without costs.   Motion to amend remittitur granted, without costs; return of remittitur requested and when returned it will be amended to read as follows: " Judgment of the Appellate Division modified by reducing the amount of plaintiffs' recovery to the sum of $5,969.40 as at the time of the entry of judgment; also the direction for the application upon the judgment of $5,956 insurance moneys shall include accrued interest thereon in accordance with the findings; also the judgment against Margaret E. Cook for costs is reversed; and as so modified said judgment is affirmed, with costs to appellants."

---

Helen Singer, Respondent, *v.* David H. Knott, Individually and as Sheriff of the County of New York, Appellant.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 237 N. Y. 110.)